UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00107 |
| | ) | |
| Plaintiff, | ) | RULING ON GOVERNMENT MOTION |
| vs. | ) | FOR RECONSIDERATION OF |
| | ) | ADMISSIBILITY OF TRANSLATED |
| AUGUSTIN GUTIERREZ MARTINEZ, | ) | STATEMENTS |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

   The Court has received and reviewed the Government's Motion for Reconsideration of Admissibility of Translated Statements filed September 1, 2007 and Defendant Martinez' Opposition to Government's Motion for Reconsideration of Admissibility of Translated Statements filed September 6, 2007.

   Based on the evidentiary hearing of August 31, 2007, the Court finds that:

   1.   Ranger Ernesto Felix was not the agent of the defendant; and

   2.   That Ranger Felix was the agent for the Government, both in employment and in action.

   The Government is correct that any witness may testify what he or she heard from another, to explain why they did what they next did. Under that circumstance, such testimony would not be offered for (nor received for) the truth of the matter, and therefore would not be hearsay. If requested, a limiting instruction would be

1

given.

The Motion for Reconsideration is denied.

IT IS SO ORDERED.

**Dated:    September 13, 2007**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE